DWIGHT C. HOLTON, OSB # 09054
United States Attorney
SEAN E. MARTIN, OSB # 054338
sean.martin@usdoj.gov
United States Attorney's Office
District of Oregon
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Telephone:  (503) 727-1010
Facsimile:   (503) 727-1117
    Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| MARTIN TOCCI,<br><br>    Plaintiff,<br><br>v.<br><br>JANET NAPOLITANO, Secretary, Department of Homeland Security,<br><br>    Defendant. | Case No. 10-1324-HZ<br><br>SECOND DECLARATION OF RAYMOND A. DESMONE |

Page 1  Second Declaration of Raymond A. Desmone
       *Tocci v. Napolitano*, Case No. 10-1324-HZ

I, Raymond A. Desmone, declare as follows:

1. I am the Manager of the Formal Complaint Division, Office of Civil Rights and Civil Liberties, Transportation Security Administration, U.S. Department of Homeland Security. In March 2011, I filed my first declaration in this litigation.

2. Exhibits A, B, C, D, and E to my declaration are true and correct copies of documents contained in Mr. Martin Tocci's Administrative file, Case Number TSAF-05-0564, at TSA's Office of Civil Rights and Civil Liberties. These records are kept in the ordinary course of business at TSA, and I have access to these records, in my duties as division manager.

3. Exhibit A is the termination letter TSA sent to Mr. Tocci, dated April 12, 2005.

4. Exhibit B is the notes from the Informal Complaint Division showing Mr. Tocci's June 2, 2005, initial contact with TSA EEO Counselor. It is a standard practice that EEO staff make notes regarding all contacts with potential claimants, and that such notes are maintained in that individual's Administrative file.

5. Exhibit C is the Notice of Rights and Responsibilities sent by TSA on June 7, 2005, with receipt accepted by Mr. Tocci on or about June 12, 2005.

6. Exhibit D is the Notice of Right to File sent by TSA on August 19, 2005.

7. Exhibit E is the TSA EEO counselor's report, dated October 14, 2005.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED this 19 day of May, 2011.

_____
Raymond A. Desmone

Page 2    **Second Declaration of Raymond A. Desmone**
          *Tocci v. Napolitano*, Case No. 10-1324-HZ

Page 3    **Second Declaration of Raymond A. Desmone**
         *Tocci v. Napolitano*, Case No. 10-1324-HZ